FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 04, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY, a subrogee of Tami J. McCoy,<br><br>            Plaintiff,<br><br>vs.<br><br>UNITED STATES POSTAL SERVICE,<br><br>            Defendant. | No. 2:21-cv-00250-MKD<br><br><br>ORDER DISMISSING CASE |

Before the Court is the parties' Stipulation for Entry of Order of Dismissal, ECF No. 9.  The parties state they have resolved this case and seek an order dismissing the action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party bearing its own costs and fees.  The Court accepts the notice of dismissal and dismisses this case.  Accordingly,

**IT IS ORDERED:**

1. The Complaint (**ECF No. 1**) is **DISMISSED with prejudice**.

2. Any pending motions are **DIMISSED as moot**.

ORDER - 1

3. The District Court Executive is directed to enter this Order, provide copies to counsel, and **CLOSE** the file.

DATED January 4, 2022.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2